1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GRACE FERNANDEZ,

               Plaintiff,

   v.

PETE BUTTIGIEG,

              Defendant.

Case No. C23-1648-JCC

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 9, is GRANTED.  The Clerk is directed to send copies of this order to the parties and to the assigned District Judge.

Dated this 4th day of January, 2024.

S. KATE VAUGHAN
United States Magistrate Judge