THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRACE FERNANDEZ,<br><br>                    Plaintiff,<br><br>      v.<br><br>PETE BUTTIGIEG,<br><br>                  Defendant. | CASE NO. C23-1648-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed a complaint *in forma pauperis* on January 4, 2024. (Dkt. No. 11.) Since then, Plaintiff has not provided an affidavit of service pursuant to Federal Rule of Civil Procedure 4(l). Accordingly, Plaintiff is ORDERED to show cause why the case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 4(m). Plaintiffs' written response is due Friday, January 3, 2025. The Court DIRECTS the Clerk to mail Plaintiff a copy of this order.

//
//
//
//

MINUTE ORDER
C23-1648-JCC
PAGE - 1

DATED this 13th day of December 2024.

        Ravi Subramanian
        Clerk of Court

        s/Kathleen Albert
        Deputy Clerk